```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/11/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CRISTIAN SANCHEZ, on behalf of himself and   :
all others similarly situated,                                       :          21-CV-2591 (VEC)
                                                                            :
                                              Plaintiff,            :          ORDER
                          -against-                                :
                                                                            :
W.P. PRODUCE CORPORATION,                           :
                                                                            :
                                              Defendant.        :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

   WHEREAS on August 20, 2021, Defendant filed a motion to dismiss, Dkt. 13; and

   WHEREAS on September 10, 2021, Plaintiff filed an Amended Complaint, Dkt. 24;

   IT IS HEREBY ORDERED that Defendant's motion to dismiss is denied at moot.

   The Clerk of Court is respectfully directed to close the open motion at docket entry 13.

**SO ORDERED.**

**Date:  September 11, 2021**                                  _____
**New York, New York**                                              **VALERIE CAPRONI**
                                                                                    **United States District Judge**