USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW JERSEY

CRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,

        Plaintiffs,

-against-

W.P. PRODUCE CORPORATION,

        Defendant.

Case No. 1:21-cv-02591-VEC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
          November 19, 2021

Respectfully submitted,

By: /s/ *Joseph H. Mizrahi*
Cohen & Mizrahi LLP
*Attorneys for Plaintiff*

---

This case is hereby dismissed without prejudice.

The Clerk of Court is respectfully directed to terminate all open motions and to close this case. The Clerk is further directed to amend the case caption to delete the language "on behalf of himself and all others similarly situated" after the individual Plaintiff's name, as this dismissal is operative only as between individual Plaintiff Christian Sanchez and Defendant W.P. Produce Corporation.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: November 20, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE